IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES LEROY MUMMERT, JR.,** | : | Civil No. 1:18-cv-00856-SHR |
| **Plaintiff,** | : | |
| v. | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to transfer venue (Doc. 10) is **DENIED**.

                                                                    s/Sylvia H. Rambo
                                                                    SYLVIA H. RAMBO
                                                                    United States District Judge

Dated: January 9, 2019